————o————

## No. 6999.

## H. T. COTTAM & CO. v. MISS. VALLEY REALTY CO., ET AL.

### Syllabus.

Appeal from the Civil District Court, Parish of Orleans, Division "D", No. 117,029; Honorable Porter Parker, Judge. Reversed.

309

Dart, Kernan & Dart, for plaintiff and appellant.

Edgar M. Cahn, for defendant and appellee.

His Honor, CHARLES F. CLAIBORNE, rendered the opinion and decree of the Court, as follows:

For the reasons given in the case of *Nicholas Burke Co., Ltd., v. Mississippi Valley Realty Company, et al.,* No. 6998, this day decided:

It is ordered that the judgment of the District Court be reversed and judgment is now rendered in favor of plaintiff, dismissing defendant's exceptions herein and remanding the case.

The costs of this appeal to be paid by the defendant and appellee, the costs of the District Court to await the final termination of this suit.

Judgment reversed.

Opinion and decree, April 16th, 1917.